

Joshua H. Abramson
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 646-348-6720
E-MAIL ADDRESS: JHABRAMSON@PBNLAW.COM

1675 BROADWAY, SUITE 1810
NEW YORK, NY 10019
TELEPHONE: (212) 265-6888
FAX: (212) 957-3983

> Defendant's request at Dkt. No. 12 is GRANTED.  The Initial Case Management Conference on May 26, 2026 is ADJOURNED to **Friday, May 29, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan by **May 19, 2026**.  (See Dkt. No. 11).
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 12.
>
> SO ORDERED    4/30/26
>
> SARAH L. CAVE
> United States Magistrate Judge

April 30, 2026

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street,
New York, NY 10007-1312

      Re:    *Madison v. Freeman Expositions, Inc.*
              Civil Case No.: 1:26-cv-02505-JAV-SLC

Dear Judge Cave:

      My firm represents defendant Freeman Expositions, LLC in the above action.  The Court recently scheduled an initial conference for May 26, 2026.  Unfortunately, I am unavailable that date as I will be engaged in a deposition that day on another matter.  Therefore, I respectfully request that the conference be rescheduled to another date.  I have spoken with counsel for plaintiff and we are both available on May 27 after 12:30 p.m. and May 29 all day.  This is the first request to change the date of the initial conference.

      Thank you for your consideration.

              Respectfully submitted,

              s/Joshua H. Abramson

              Joshua H. Abramson

JHA/sg

cc:    All counsel via ECF



PARSIPPANY, NJ  |  CLINTON, NJ  |  OCEAN CITY, NJ  |  TRENTON, NJ  |  NEW YORK, NY
WESTBOROUGH, MA  |  WILMINGTON, DE  |  NAPLES, FL  |  PHILADELPHIA, PA  |  SAN JUAN, PR

10253920

PBNLAW.COM