UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOYD MADISON,

                              Plaintiff,

     -v-                                          CIVIL ACTION NO. 26 Civ. 2505 (JAV) (SLC)

FREEMAN EXPOSITIONS, INC.,                                      **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Based on the discussion during the Initial Case Management Conference held today, May 29, 2026, a telephonic conference on the status of discovery is scheduled for **Thursday, August 27, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              May 29, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**