UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOYD MADISON,

Plaintiff,

-v-

FREEMAN EXPOSITIONS, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 2505 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for December 4, 2026 at 10:00 a.m. ET is **RESCHEDULED** to **December 1, 2026 at 10:00 a.m. ET** on the Court's conference line. (Dkt. No. 17). Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 1, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**